# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ASHLEY D. TUCKER**                                        **PLAINTIFF**

v.                              No. 4:21-cv-141-DPM

**KILOLO KIJAKAZI, Commissioner**
**Social Security Administration**                          **DEFENDANT**

### ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 13*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Commissioner's motion, *Doc. 10*, is denied.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2022