IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ASHLEY D. TUCKER**                                                         PLAINTIFF

v.                              No. 4:21-cv-141-DPM

**KILOLO KIJAKAZI, Commissioner
Social Security Administration**                                             DEFENDANT

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 20*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2022