IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ASHLEY D. TUCKER                                                    PLAINTIFF

v.                       No. 4:21-cv-141-DPM

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                      DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed and the claim is remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

_____
D.P. Marshall Jr.
United States District Judge

22 December 2022