# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ASHLEY D. TUCKER**                                                                 **PLAINTIFF**

**v.**                              **No. 4:21-cv-141-DPM**

**KILOLO KIJAKAZI, Commissioner**
**Social Security Administration**                                               **DEFENDANT**

## ORDER

The Government hasn't objected to Tucker's motion for an award of fees under 28 U.S.C. § 2412(d). The hours and fees are reasonable. The unopposed motion, *Doc. 23*, is therefore granted. The Court awards a reasonable attorney's fee of $6,878.60, payable directly to Tucker. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Tucker's lawyer.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 February 2023